NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5014

SPARTON CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

ON MOTION

## O R D E R

Upon consideration of Sparton Corporation's motion for an extension of time, until April 17, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steven Kreiss, Esq.
    Gary L. Hausken, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2010

JAN HORBALY
CLERK